**EXHIBIT A**

**Payments Within 90 Days of Filing Date** **Exhibit A**

**PointClickCare Technologies Inc.**

| Transfer Date | Clear Date | Check No. | Payor | Payee | | Amount |
|---|---|---|---|---|---|---|
| 8/19/2024 | 8/23/2024 | 1160 | Pottsville | PointClickCare Technologies Inc. | $ | 4,026.51 |
| 8/19/2024 | 8/23/2024 | 1134 | Yeadon | PointClickCare Technologies Inc. | | 6,774.03 |
| 8/19/2024 | 8/23/2024 | 1131 | Hampton | PointClickCare Technologies Inc. | | 7,018.26 |
| 8/19/2024 | 8/23/2024 | 1132 | W. South | PointClickCare Technologies Inc. | | 8,933.60 |
| 8/19/2024 | 8/23/2024 | 1148 | Kingston | PointClickCare Technologies Inc. | | 11,541.46 |
| 8/19/2024 | 8/23/2024 | 1140 | W. North | PointClickCare Technologies Inc. | | 11,706.14 |
| 8/30/2024 | 9/25/2024 | 1159 | Kingston | PointClickCare Technologies Inc. | | 5,244.35 |
| 8/30/2024 | 9/25/2024 | 1154 | W. North | PointClickCare Technologies Inc. | | 7,141.65 |
| 8/30/2024 | 9/25/2024 | 1142 | Yeadon | PointClickCare Technologies Inc. | | 7,797.63 |
| 8/30/2024 | 9/25/2024 | 1145 | Hampton | PointClickCare Technologies Inc. | | 9,066.05 |
| 8/30/2024 | 9/25/2024 | 1169 | Pottsville | PointClickCare Technologies Inc. | | 10,220.68 |
| 8/30/2024 | 9/25/2024 | 1147 | W. South | PointClickCare Technologies Inc. | | 10,529.64 |
| **Total** | | | | | **$** | **100,000.00** |